**VICTIM CASE**

# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Lisa Marie Quihuis**<br>DOB: 1983; U.S. Citizen<br>**Jessica Leeann Johnson**<br>DOB: 1983; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**11-05397M** |

FILED RECEIVED AUG - 5 2011 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY_____ DEPUTY

Complaint for violation of Title 18 United States Code § 111(a) and (b)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

### Count 1
On or about August 4, 2011, at or near Nogales, in the District of Arizona, **Lisa Marie Quihuis** and **Jessica Leeann Johnson** intentionally and forcibly assaulted United States Border Patrol Agent Amberest Edinburg, an Officer of the United States engaged in the performance of her official duties, with a deadly weapon, in violation of Title 18, United States Code, Section 111(a) and (b).

### Count 2
On or about August 4, 2011, at or near Nogales, in the District of Arizona, **Lisa Marie Quihuis** and **Jessica Leeann Johnson** intentionally and forcibly assaulted United States Border Patrol Agent Hamid Nikseresht, an Officer of the United States engaged in the performance of his official duties, with a deadly weapon, in violation of Title 18, United States Code, Section 111(a) and (b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 4, 2011, at approximately 5:30 p.m., Lisa Marie Quihuis approached the I 19 Nogales Checkpoint driving a Nissan Sentra. Also in the car was passenger Jessica Leeann Johnson. The car was referred to secondary. Agents noticed a large amount of clothing in the backseat and could not see the floor. Agents instructed Quihuis to turn off the vehicle and requested that she and Johnson exit the car. They refused. Johnson began to yelling and wrapped her arm around the door frame through the open window. Agent Edinburg put her arm in the window to try and get Johnson out. Another agent attempted to get Quihuis out. Johnson then yelled to Quihuis "go, go, go." Quihuis the hit the accelerator. Agent Edinburg tried to get her arm out of the window while the vehicle was moving. She ran along the vehicle and almost lost her footing. She feared that she was going to fall and be dragged by the car. She got her arm out and the vehicle began driving toward the secondary inspection area. Agent Nikseresht drew his gun and the car went past him and towards I 19 and got on the interstate. The vehicle passed so close to Nikseresht that he felt the wind.

**(Continued on reverse)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>DeMarais/jmm<br>AUTHORIZED BY: AUSA | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>BPA |
|---|---|

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>August 5, 2011 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3 and 54

**VICTIM CASE**

At this point he thought they were going to run him over and he feared for his life. He was able to jump out of the way and avoid being hit. The vehicle was followed and eventually, the vehicle stopped, and Quihuis and Johnson bailed out of the car and attempted to run. Both were apprehended. Johnson stated they were transporting a friend from the south side who had warrants so he was hiding under the clothes. He was not apprehended. Both Agents are Officers of the United States and were engaged in the performance of their official duties.